**Charles A. LANDERS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 99308.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 11, 2014.

---

1. All rule references are to Mo. R.Crim. P.2012, unless otherwise indicated.

Before MARY K. HOFF, P.J., KURT S. ODENWALD, J., and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

Charles A. Landers (Movant) appeals the judgment of the Circuit Court of the City of St. Louis denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. Movant contends the motion court erred in denying his claim that counsel was ineffective for failing to properly cross-examine a witness.

We have reviewed the briefs of the parties and the record on appeal and find the motion court's decision was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).